1  PROSKAUER ROSE LLP
2  JOSHUA J. POLLACK, Cal. Bar No. 215922
   2049 Century Park East, Suite 3200
3  Los Angeles, California 90067-3206
   Telephone:    (310) 557-2900
4  Facsimile:    (310) 557-2193
   E-mail: jpollack@proskauer.com
5
   Attorneys for Plaintiff
6  DONALD J. TRUMP

7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION
11

12  DONALD J. TRUMP                    )  Case No. C07 00378 SI
                                       )
13              Plaintiff,             )  **STIPULATION FOR ENTRY OF**
                                       )  **FINAL JUDGMENT AND**
14         v.                          )  **DISMISSAL PURSUANT TO**
                                       )  **FRCP 41(a)(1)**
15  RON BAKER, ELLIOT KRAMER,          )
    TRUMP'S BEST COFFEE, GLOBLE        )  **[Filed Concurrently with Final**
16  VIVA, INC.                         )  **Judgment, Order And Decree Re**
                                       )  **Permanent Injunction]**
17              Defendants.            )
                                       )
18                                     )
                                       )
19                                     )
                                       )
20

21

22

23

24

25

26

27

28

STIPULATION FOR ENTRY OF FINAL JUDGMENT AND DISMISSAL
PURSUANT TO FRCP 41(A)(1)

All of the parties to this action have agreed to settle their differences. As part of their settlement, they have entered into a SETTLEMENT AGREEMENT that resolves the claims asserted in this action and have agreed to entry of FINAL JUDGMENT. Therefore,

IT IS HEREBY STIPULATED AND AGREED by and among plaintiff Donald J. Trump ("Plaintiff"), through his counsel of record, and defendants Ron Baker, Elliot Kramer, Trump's Best Coffee, and Globle Viva, Inc. (collectively, "Defendants") as follows:

1. By this stipulation, Defendants, and each of them, hereby appear in this action and agree to be subject to this Court's jurisdiction.

2. Plaintiff shall have judgment against Defendants, and each of them, in the form attached as Exhibit A hereto (the "Judgment").

3. The Judgment shall be final and nonappealable immediately upon entry.

4. This action shall be dismissed in its entirety, except as otherwise provided in the Judgment, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

//
//

5. Plaintiff and Defendants shall each bear their own attorney's fees and costs incurred in connection with this action.

IT IS SO STIPULATED.

Dated: ~~April~~ June 21, 2007          PROSKAUER ROSE LLP

By: _/s/ Joshua Pollack_____
JOSHUA J. POLLACK
Attorneys for Plaintiff

Dated: April __, 2007          RON BAKER
_/s/ Ron Baker_____

Dated: April __, 2007          ELLIOT KRAMER
_/s/ Elliot Kramer_____

Dated: April __, 2007          TRUMP'S BEST COFFEE, INC.

By: _____
Its: _____

Dated: April __, 2007          GLOBLE VIVA, INC.

By: _____
Its: _____

RB 5.4.07

2
STIPULATION FOR ENTRY OF FINAL JUDGMENT AND DISMISSAL
PURSUANT TO FRCP 41(a)(1)

1    5.    Plaintiff and Defendants shall each bear their own attorney's fees and
2  costs incurred in connection with this action.

4  IT IS SO STIPULATED.

6  Dated: April __, 2007                    PROSKAUER ROSE LLP

                                            By: _____
                                                  JOSHUA J. POLLACK
                                            Attorneys for Plaintiff

10 Dated: April __, 2007                    RON BAKER

                                            _____

13 Dated: April __, 2007                    ELLIOT KRAMER

                                            _____

15 Dated: ~~April~~ May 16, 2007            TRUMP'S BEST COFFEE, INC.

                                            By: Ron Baker /s/ Ron Baker
                                            Its: CEO

19 Dated: ~~April~~ May 16, 2007            GLOBLE VIVA, INC.

                                            By: /s/ Ron Baker
                                            Its: CEO

---

2
STIPULATION FOR ENTRY OF FINAL JUDGMENT AND DISMISSAL
PURSUANT TO FRCP 41(a)(1)

# EXHIBIT A

PROSKAUER ROSE LLP
JOSHUA J. POLLACK, Cal. Bar No. 215922
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3206
Telephone:    (310) 557-2900
Facsimile:    (310) 557-2193
E-mail: jpollack@proskauer.com

Attorneys for Plaintiff
DONALD J. TRUMP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP<br><br>                    Plaintiff,<br><br>          v.<br><br>RON BAKER, ELLIOT KRAMER, TRUMP'S BEST COFFEE, GLOBLE VIVA, INC.<br><br>                    Defendants. | Case No. C07 00378 SI<br><br>**FINAL JUDGMENT, ORDER AND DECREE RE PERMANENT INJUNCTION**<br><br>**[Filed Concurrently with the Stipulation for Entry of Final Judgment and Dismissal Pursuant to FRCP 41(a)(1)]** |

0955/72446-372
Current/9446982v3

FINAL JUDGMENT, ORDER AND DECREE RE PERMANENT INJUNCTION

Pursuant to the stipulation of the parties, it is hereby ADJUDGED, ORDERED, and DECREED that:

1. Defendants Ron Baker, Elliot Kramer, Trump's Best Coffee, and Globle Viva, Inc. (collectively, "Defendants"), and each of them, and each of their officers, employees, attorneys, agents, and all persons in active concert or participation with them (hereinafter "the Enjoined Parties"), are immediately, permanently and forever enjoined from all of the following:

    (a) Using the name TRUMP, or any variation thereof, in any combination of lower or upper case letters, alone or in combination with any other term, and in any font or design:

        (i) on or in connection with any product or service or the promotion thereof; or

        (ii) as any other false designation of origin or false description or representation or any other thing calculated or likely to cause confusion or mistake in the minds of the public or to deceive the public into the belief that Defendants' products or services originate with or are associated with Donald J. Trump ("Plaintiff").

    (b) Representing by any means whatsoever, directly or indirectly, that any products sold or services rendered by Defendants are associated with, sponsored by, and/or connected or affiliated with Plaintiff, or from otherwise taking any action likely to cause confusion, mistake or deception on the part of purchasers as to the origin or sponsorship of Defendants' products or services.

    (c) Competing unfairly with Plaintiff in any manner.

    (d) Owning, operating, retaining, or maintaining in any way the Internet sites accessible through the URLs www.TrumpsBestCoffee.com, www.TrumpBest.com, www.MeetTrump.com, and www.ImBeingSuedByTheDonald.com, or any other Internet site containing the words "Trump" or "Donald" in the URL.

(e) Using any words, names, styles, designs, titles, or marks that create a likelihood of injury to the business reputation of Plaintiff or a likelihood of dilution of Plaintiff's mark and the goodwill associated therewith. And,

(f) Using any trade practices whatsoever that tend to unfairly compete with or injure Plaintiff's business and goodwill pertaining thereto.

2. The terms of the permanent injunction set forth in paragraph 1 above extend to all entities owned or controlled by the Enjoined Parties, as well as to the Enjoined Parties' assigns, successors, affiliates, and related organizations under common ownership or control.

3. The rights and benefits of the permanent injunction set forth in paragraph 1 above extend to and are enforceable by Plaintiff's successors and assigns.

Except as hereby ADJUDGED, ORDERED and DECREED, the above-captioned action is hereby dismissed in its entirety pursuant to FRCP Rule 41(a)(1).

IT IS SO ADJUDGED, ORDERED and DECREED.

Dated: _____, 2007

THE HONORABLE SUSAN ILLSTON,
UNITED STATES DISTRICT COURT JUDGE

0955/72446-372
Current/9446982v3

2
FINAL JUDGMENT, ORDER AND DECREE RE PERMANENT INJUNCTION