1  PROSKAUER ROSE LLP
   JOSHUA J. POLLACK, Cal. Bar No. 215922
2  2049 Century Park East, Suite 3200
   Los Angeles, California  90067-3206
3  Telephone:    (310) 557-2900
   Facsimile:    (310) 557-2193
4  E-mail:  jpollack@proskauer.com

5  Attorneys for Plaintiff
   DONALD J. TRUMP
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | DONALD J. TRUMP,                          ) Case No. C07 00378 SI
                                               )
13 |           Plaintiff,                      )
                                               ) **FINAL JUDGMENT, ORDER**
14 |      v.                                   ) **AND DECREE RE PERMANENT**
                                               ) **INJUNCTION**
15 | RON BAKER, ELLIOT KRAMER,                 )
   | TRUMP'S BEST COFFEE, GLOBLE               ) **[Filed Concurrently with the**
16 | VIVA, INC.                                ) **Stipulation for Entry of Final**
                                               ) **Judgment and Dismissal Pursuant**
17 |           Defendants.                     ) **to FRCP 41(a)(1)]**
                                               )

18

19

20

21

22

23

24

25

26

27

28

FINAL JUDGMENT, ORDER AND DECREE RE PERMANENT INJUNCTION

Pursuant to the stipulation of the parties, it is hereby ADJUDGED, ORDERED, and DECREED that:

1. Defendants Ron Baker, Elliot Kramer, Trump's Best Coffee, and Globle Viva, Inc. (collectively, "Defendants"), and each of them, and each of their officers, employees, attorneys, agents, and all persons in active concert or participation with them (hereinafter "the Enjoined Parties"), are immediately, permanently and forever enjoined from all of the following:

    (a) Using the name TRUMP, or any variation thereof, in any combination of lower or upper case letters, alone or in combination with any other term, and in any font or design:

        (i) on or in connection with any product or service or the promotion thereof; or

        (ii) as any other false designation of origin or false description or representation or any other thing calculated or likely to cause confusion or mistake in the minds of the public or to deceive the public into the belief that Defendants' products or services originate with or are associated with Donald J. Trump ("Plaintiff").

    (b) Representing by any means whatsoever, directly or indirectly, that any products sold or services rendered by Defendants are associated with, sponsored by, and/or connected or affiliated with Plaintiff, or from otherwise taking any action likely to cause confusion, mistake or deception on the part of purchasers as to the origin or sponsorship of Defendants' products or services.

    (c) Competing unfairly with Plaintiff in any manner.

    (d) Owning, operating, retaining, or maintaining in any way the Internet sites accessible through the URLs www.TrumpsBestCoffee.com, www.TrumpBest.com, www.MeetTrump.com, and www.ImBeingSuedByTheDonald.com, or any other Internet site containing the words "Trump" or "Donald" in the URL.

1         (e)   Using any words, names, styles, designs, titles, or marks that
2   create a likelihood of injury to the business reputation of Plaintiff or a likelihood of
3   dilution of Plaintiff's mark and the goodwill associated therewith.  And,
4         (f)   Using any trade practices whatsoever that tend to unfairly
5   compete with or injure Plaintiff's business and goodwill pertaining thereto.
6     2.   The terms of the permanent injunction set forth in paragraph 1 above
7   extend to all entities owned or controlled by the Enjoined Parties, as well as to the
8   Enjoined Parties' assigns, successors, affiliates, and related organizations under
9   common ownership or control.
10    3.   The rights and benefits of the permanent injunction set forth in
11  paragraph 1 above extend to and are enforceable by Plaintiff's successors and
12  assigns.
13    Except as hereby ADJUDGED, ORDERED and DECREED, the above-
14  captioned action is hereby dismissed in its entirety pursuant to FRCP Rule 41(a)(1).
15    IT IS SO ADJUDGED, ORDERED and DECREED.

17  Dated: __6/22___, 2007       _____
18                               THE HONORABLE SUSAN ILLSTON
                                 UNITED STATES DISTRICT JUDGE